UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 7, 2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| KAYVON GRIFFIN, | : | VIOLATION: |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about April 20, 2019, within the District of Columbia, **KAYVON GRIFFIN**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Carrying a Pistol Without a License, in violation of Title 22, District of Columbia Code, Sections 4504.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:

FOREPERSON.

Jessie K. Liu /DAB

Attorney of the United States in
and for the District of Columbia.